IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RONALD R. MARTIN,

Plaintiff,

vs.

UNION PACIFIC RAILROAD COMPANY,

Defendant.

**8:18CV580**

**ORDER OF DISMISSAL**

This matter comes before the Court on the parties' Stipulation for Dismissal (Filing No. 18) of this case with prejudice. Costs in the amount of $1,129.31 will be paid on behalf of the Plaintiff to the Defendant, via Defendant's counsel, within thirty (30) days of this order.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with above mentioned costs to be paid by the Plaintiff.

Dated this 3rd day of September, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge